In the Matter of PARMINDER KAUR et al., Respondents, v NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Doing Business as EMPIRE STATE DEVELOPMENT CORPORATION, Appellant.

In the Matter of TUCK-IT-AWAY, INC., et al., Respondents, v NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Doing Business as EMPIRE STATE DEVELOPMENT CORPORATION, Appellant.

Submitted May 3, 2010; decided May 6, 2010

Motion by Ben Totushek for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of KENDRA C.R., a Child Alleged to be Permanently Neglected. CHARLES R., Appellant; ABBOTT HOUSE FAMILY SERVICES, INC., Respondent.

Submitted March 22, 2010; decided May 6, 2010

Motion, insofar as it seeks leave to appeal as against Abbott House Family Services, Inc., dismissed as untimely (see CPLR 5513 [b]); motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.